IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEIJUN LIMITED, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 14-189-SLR |
| | ) |
| ROXANE LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM ORDER**

At Wilmington this 14th day of January, 2016, having reviewed plaintiffs' motion for leave to file a first amended complaint and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 38) is granted. Said motion was timely filed and, consistent with the liberal standard applied to motions to amend (as well as the court's rulings in similar cases), the court is not prepared to find, based on the instant record, that the newly added claim of inducement is not plausible on its face.

United States District Judge